**Order entered July 13, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00160-CV

## WALT HATTER AND ROBERT ZIEGLER, Appellants

## V.

## ORIGIN BANK, Appellee

### On Appeal from the 162nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-16018

### ORDER

Before the Court is appellant Robert Ziegler's opposed July 5, 2022 motion to adopt brief and for extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court on July 8, 2022 by Mr. Ziegler filed as of the date of this order.[1]

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE

---

[1] We note that Mr. Ziegler states in his brief that he adopts the brief of appellant Walt Hatter also filed on July 8. TEX. R. APP. P. 9.7.